IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID BROWN**                                                                                              **PLAINTIFF**

V.                           CASE NO. 1:11CV00022 JMM

**CROWN POINTE TIMESHARING, INC., VICKI
WHITED, AND AMY BILLINGSLY**                                **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this date, Plaintiff's American With Disabilities Act is dismissed with prejudice and Plaintiff's Arkansas Civil Rights Act and negligence claims are dismissed without prejudice.

**IT IS SO ORDERED THIS  17  day of  June , 2011.**

_____
**James M. Moody
United States District Judge**